UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Maryann Mathews, Kevin Mathews<br>　　　　　Plaintiff<br>v.<br>Wells Fargo Bank, N.A., Alias and John Doe, Alias and Orlans Moran, PLLC<br>　　　　　Defendants | CA No. 1:15-cv-00389-M-PAS |

**ORLANS MORAN'S MOTION TO ENLARGE TIME TO RESPOND TO DISCOVERY AND RESCHEDULE DEPOSITION OF ORLANS MORAN**

Now comes the Defendant, Orlans Moran, PLLC, in the above captioned matter, and hereby moves to enlarge the time for Orlans Moran, PLLC to respond to discovery propounded by Plaintiffs (interrogatories, document request and request for admissions) to October 31, 2016. This is the first request by the Defendant for additional time. Plaintiffs' have previously requested extensions and would not be prejudiced by such an enlargement of time since the discovery requests were propounded at or near the close of discovery.

Defendant also seeks to postpone the deposition of Orlans Moran, PLLC until after the deposition of the Plaintiffs occurring. The depositions of the Plaintiffs were noticed prior to the issuance of a deposition notice to Orlans Moran, PLLC, however, Plaintiffs' counsel has not made the Plaintiffs available for deposition. A motion to compel Plaintiffs attendance at a deposition was filed by co-defendant Wells Fargo Bank, N.A. and is pending decision by the Court.

WHEREFORE, Defendant, Orlans Moran, PLLC prays that the following relief enter:

1

1. The time for it to respond to the interrogatories, request for production of documents and request for admissions be enlarged to and including October 31, 2016;

2. Order that the deposition scheduled for Orlans Moran, PLLC be rescheduled to a date and time after the Plaintiffs are deposed; and

3. Such other and further relief as this Honorable Court deems meet and just.

    Plaintiff
    By its attorney

    */s/ Michael R. Hagopian*
    _____
    Michael R. Hagopian #3448
    Orlans Moran PLLC
    PO Box 540540
    Waltham MA 02454
    (781) 790-7800

15-009414

CERTIFICATE OF SERVICE

I hereby certify that, on the ___20___ day of ___September___, 2016:
☐ I filed and served this document through the electronic filing system on the following parties:
___John Ennis___ and ___David Fialkow_____.
The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.
☐ I served this document through the electronic filing system on the following parties:
_____.
The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.
☐ I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or the opposing party if self-represented, whose name is _____ at the following address _____.

    ___/s/ Michael R. Hagopian___